UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
CIVIL CASE NO.: 5:16-cv-854

| | |
|---|---|
| Disability Rights North Carolina, North Carolina's Protection and Advocacy System, *Plaintiff,* v. Richard Brajer, Secretary of the North Carolina Department of Health and Human Services, in his official capacity, *Defendant.* | MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND RETAIN JURISDICTION |

Plaintiff Disability Rights North Carolina and Defendant Richard Brajer, Secretary of the North Carolina Department of Health and Human Services (collectively, the "Parties"), have entered into a Settlement Agreement, which was filed as Exhibit A to the Parties' Joint Motion, to ensure the State's willing compliance with the provisions of the Medicaid Act concerning the Early and Periodic Screening, Diagnostic and Treatment Services ("EPSDT"). 42 U.S.C. § 1396d(r), and its implementing regulations. *See* 42 C.F.R. § 441.50 *et seq*.

The Parties jointly move this Court for entry of an Order conditionally dismissing this action, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and move that the Court retain jurisdiction to enforce the Settlement Agreement in accordance with its terms for the duration of the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (establishing that under Rule 41(a), a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its

order); *Columbus- American Discovery Group v. Atlantic Mut. Ins. Co.*, 203 F.3d 291, 299 (4th Cir. 2000) (finding that the *Kokkonen* standard is satisfied where the dismissal order stated that "[t]he Court retains jurisdiction to enforce the settlement of the parties and the prior Orders in this case.").

Dated this 14th day of October, 2016.

FOR DISABILITY RIGHTS NORTH CAROLINA:

/s/ John R. Rittelmeyer
John R. Rittelmeyer
N.C. State Bar No. 17204
Disability Rights North Carolina
3724 National Dr., Suite 100
Raleigh, NC 27602
Tel.:   (919) 856-2195
Fax:   (919) 856-2244
john.rittelmeyer@disabilityrightsnc.org

/s/ Jane Perkins
Jane Perkins
N.C. State Bar No. 9993
National Health Law Program, Inc.
200 N. Greensboro St., Suite D-13
Carrboro, NC 27510
Tel.   (919) 968-6308
perkins@healthlaw.org


FOR RICHARD BRAJER:

/s/ Josephine Tetteh
Josephine Tetteh
Assistant Attorney General
N.C. Bar No. 38552
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Tel.:   (919) 716-6400
Fax:   (919) 716-6750
JTetteh@ncdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to Josephine Tetteh, attorney for Defendant Richard Brajer, Secretary of the North Carolina Department of Health and Human Service.

Dated this 14th day of October, 2016.

/s/ John R. Rittelmeyer
John R. Rittelmeyer
Disability Rights North Carolina
3724 National Dr., Suite 100
Raleigh, NC 27612