UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DISABILITY RIGHTS NORTH CAROLINA,<br><br>    Plaintiff,<br><br>v.<br><br>MANDY COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services,<br><br>    Defendant | CIVIL ACTION NO. 5:16-cv-854 |

ORDER

Upon the joint notice of the parties and in accordance with the approved Settlement Agreement and the Order Granting Joint Motion to Dismiss without Prejudice and Retain Jurisdiction (D.E. 12), all claims are hereby dismissed, with prejudice.

This the  18th  day of December, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge